## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| | **CASE NO. 2:26-PO-00020** |
| **v.** | |
| | **MAGISTRATE JUDGE JOLSON** |
| **DARRIAN M. ABRAMS,** | |
| **Defendant.** | |

---

### ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/6/2026
**DATE**